THE PEOPLE ex rel. GEORGE STEINSON, Appellant, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Reported below, 60 Hun, 486.
(Submitted March 2, 1896; decided March 13, 1896.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made June 26, 1891, which affirmed an order of Special Term denying a motion for a writ of peremptory mandamus.

*George Steinson*, appellant, in person.

*David J. Dean* for respondent.

Order affirmed, with costs, on opinion below.
All concur